FILED

DEC 14 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL TESFAMICHAEL GHEBREGZIABIHER,<br><br>Defendant. | Case No.17-mj-71649 MAG<br><br>Charging District's Case No.<br><br>3:17-mj-4105 MDD |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Southern District of California on December 22, 2017 before the duty magistrate judge.

The defendant may need an interpreter for this language: Tigrinya.

The defendant:     ( ) will retain an attorney.

                (XX) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: December 14, 2017

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge